**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada  89101
(702) 387-2447

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOMINIC ANTHONY DELUCA, )<br>)<br>Defendant. )<br>_____ ) | 2:15-mj-01192-NJK<br><br>**STIPULATION AND ORDER<br>TO CONTINUE TRIAL DATE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant  DOMINC ANTHONY DELUCA, and NADIA AHMED, Special Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the Trial currently scheduled for May 4, 2015, at the hour of 8:30 a.m., be vacated and set to a date and time convenient to this Court.

This Stipulation is entered into for the following reasons:

1. Counsel was provided the video of the incident but is unable to play it.  Counsel needs additional time to resolve this issue.

2. The parties need additional time to negotiate the resolution of this case or else prepare the case for trial, if they are unable to resolve it.

3. This is the first request for a continuance.

4 The additional time requested herein is not sought for purposes of delay, but

1

merely to allow counsel for defendant sufficient time within which to be able to effectively and thoroughly research, prepare for trial.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(F) and Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Code, Sections and 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv).

This is the first request for continuance filed herein.

DATED this __2nd__ day of May, 2016.

By _____Jay L Siegel /s/_____     By ___/s/ Nadia Ahmed_____
    JAY L. SIEGEL                                 NADIA AHMED
    Counsel for Dominic Deluca            Special Assistant U.S. Attorney
    601 South 7th Street                     501 Las Vegas Blvd. South, Ave., Ste 1100
    Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
    Attorney for Defendant                   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:15-mj-01192-NJK |
| vs. | ) | **ORDER REGARDING TRIAL** |
| DOMINIC ANTHONY DELUCA, | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

IT IS FURTHER ORDERED that the TRIAL currently scheduled for May 4, 2016, be vacated and continued to ___June 29, 2016___ at the hour of __9:00__ a.m. in Courtroom 3D.

DATED this ___2nd___ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE